IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| EVANGEL ASSEMBLY OF GOD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 6:21-cv-1097-JWB-GEB |
| | ) |
| BROTHERHOOD MUTUAL INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of Plaintiff's claim with prejudice, with each party to bear their own costs and attorney's fees.

Respectfully submitted,

*/s/ Mark D. Molner*
Mark D. Molner                KS #24493
MOLNERLAW GROUP, LLC
300 E. 39th Street, Suite 1G
Kansas City, MO 64111
816-281-8549 / 816-817-1473 Facsimile
mark@molnerlaw.com
        and
James M. McClenny
Derek L. Fadner
MCCLENNY MOSELY & ASSOCIATES, PLLC
516 Heights Boulevard
Houston, TX  77007
713-334-6121 / 713-322-6121 Facsimile
james@mma-pllc.com
derek@mma-pllc.com

**Attorneys for Plaintiff**
**Evangel Assembly of God**

1

        */s/ John M. Brigg*
Wm. Clayton Crawford   D. Kan. #77799
John M. Brigg   KS #18211
FOLAND, WICKENS, ROPER,
 HOFER & CRAWFORD, P.C.
1200 Main Street, Suite 2200
Kansas City, MO 64105-2159
816-472-7474 / 816-472-6262 Facsimile
ccrawford@fwpclaw.com
jbrigg@fwpclaw.com
**ATTORNEYS FOR DEFENDANT BROTHERHOOD MUTUAL INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 3, 2022 the foregoing was filed using the Court's ECF/CM/PACER system, which will send notice of electronic filing to all counsel of record.

        */s/ John M. Brigg*
**Attorney for Defendant Brotherhood Mutual Insurance Company**